THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00055-MR-DLH-2

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>KELLY D. ROBINSON, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 30].

Upon review of the Government's Motion, the Court will grant the relief requested.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 30] is **GRANTED**, and Defendant Kelly D. Robinson is **DISMISSED WITHOUT PREJUDICE** from the Bill of Indictment in the above-captioned case.

**IT IS SO ORDERED.**

Signed: November 20, 2013

Martin Reidinger
United States District Judge